IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CLINTON ROSS,**

    **Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 1:06cv232-MMP/AK**

**JAMES MCDONOUGH,**

    **Respondent.**

_____ /

### ORDER

The challenged conviction in this case occurred in the Circuit Court for Washington County, Florida. Washington County is in the Panama City Division, not the Gainesville Division. Rule 3.1(C) of the Local Rules for the Northern District of Florida provides that a case in which venue properly lies in this district may be transferred to another division by order of the Court.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forthwith **TRANSFER** this action to the Panama City Division of this Court for all further proceedings.

**DONE AND ORDERED** this __*11th*__ day of June, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**